IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LOURDES M. SANTIAGO, et al.   *
                              *
     Plaintiffs               *
                              *
vs.                           *   CIVIL NO. 98-1414 (JP)
                              *
TREL LLOYD and                *
LUPI'S ENTERPRISES, INC.      *
                              *
     Defendants               *
                              *

### JUDGMENT

Pursuant to the Court's Opinion and Order of this same date, Defendant Lupi's motion for a judgment as a matter of law under Rule 50 of the Federal Rules of Civil Procedure is **GRANTED** and Plaintiff Santiago's remaining claim for retaliation under Title VII is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3rd day of September, 1999.

JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

AO 72A
(Rev.8/82)