IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LOURDES M. SANTIAGO,<br>JOHN BARTON AND THEIR<br>CONJUGAL PARTNERSHIP<br><br>Plaintiffs<br><br>vs.<br><br>TREL LLOYD AND LUPI'S<br>ENTERPRISES, INC.<br><br>Defendants | CIVIL NO. 98-1414 (JP) |

### ORDER

Taxation of costs is held in abeyance in this case pending the outcome of the appeal. Once the appeal is decided, the prevailing party shall move for the taxing of costs.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 5th day of November, 1999.

FRANCES RIOS DE MORAN
CLERK OF COURT

By: _____
         Deputy Clerk

